**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 25-2219-JFW(MARx)**                    Date:  March 18, 2025

Title:      Edward Fleming -*v*- David Brown, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                        None

**PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE SANCTIONS**

On March 12, 2025, Plaintiff Edward Fleming ("Plaintiff") filed a Complaint against Defendants David Brown, ScreenFund LLC, and The Screen Company, Inc.  Plaintiff is represented in this action by Christopher A. Young ("Young") of C. Young Law Group, P.C.  It appears that Young's license to practice law with the State Bar of California is currently inactive, and has been inactive since January 1, 2006.  It also appears that Young is not a member of the Bar of the United States District Court for the Central District of California.

Accordingly, Young is ordered to show cause in writing on or before **March 21, 2025,** why he should not be terminated from representing Plaintiff, why the Court should not impose sanctions in the amount of $1,500.00 against him, and why the Court should not report him to the State Bar of California for the unauthorized practice of law.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.

                                                                Initials of Deputy Clerk __sr__