NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWARD FLEMING, an individual,

Plaintiff,

v.

DAVID BROWN a/k/a DAVID BROWN LEVY a/k/a DAVID RAYMOND BROWN, an individual; SCREENFUND LLC, a Delaware limited liability company; and THE SCREEN COMPANY, INC., a Delaware corporation,

Defendants.

Case No. 2:25-cv-02219-JFW (MARx)

[Hon. John F. Walter]

**JUDGMENT**

Default having been entered against Defendants David Brown a/k/a David Brown Levy a/k/a David Raymond Brown, ScreenFund LLC, and The Screen Company, Inc. (collectively, "Defendants") on December 1, 2025, and the Application for Default Judgment by Court and documentation in support thereof having been filed on February 23, 2026, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing, and all other requirements

ORDER GRANTING JOINT REQUEST TO RESCHEDULE SCHEDULING CONFERENCE

for entry of default judgment pursuant to Federal Rule of Civil Procedure 55 having been certified by Plaintiff's counsel, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED THAT JUDGMENT** be entered against Defendants and in favor of Plaintiff Edward Fleming on Plaintiff's claims for breach of fiduciary duty, breach of contract, conversion, and unjust enrichment, and that damages be awarded to Plaintiff in the total amount of **$13,380,552.30** as follows:

1.  Compensatory damages:               $11,324,540.00
2.  Prejudgment interest:               $2,050,513.43
3.  Costs:                              $5,498.87

IT IS SO ORDERED.

DATED: March 24, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT BY COURT

2